## (March 26, 1959)

■ In the Matter of the Estate of WILLIAM ISENSEE, Deceased. FRIEDA BRAUNIG, as Executrix of WILLIAM ISENSEE, Deceased, et al., Respondents; JOSEPH H. COHEN et al., Appellants.— Motion for leave to reargue denied

but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.